# EXHIBIT D

**Infringement of Claim 1 of U.S. Patent Number 7,088,854 by Science Soft**

| CLAIM LANGUAGE | Infringing Application |
|---|---|
| 1. A computer program product for generating special-purpose image analysis algorithms comprising:<br><br>a computer usable medium having computer readable program code embodied therein, said computer readable program code configured to: | **Medical Image Analysis Software**<br><br>https://www.scnsoft.com/healthcare/image-analysis<br><br>Science soft image analysis software ("Infringing Product") is a computer program product for generating image analysis. |

| | |
|---|---|
| obtain at least one image having a plurality of chromatic data points; | **Segmentation** allows us to separate a bone, tissue, vessel, organ or other analyzed structure from the surroundings. For example, to isolate brain tissue from the scull and peripheral tissue.<br><br>https://www.scnsoft.com/healthcare/image-analysis<br><br>The Infringing Product takes an image. |
| generate an evolving algorithm that partitions said plurality of chromatic data points within said at least one image into at least one entity identified in accordance with a user's judgment; and | **Segmentation** allows us to separate a bone, tissue, vessel, organ or other analyzed structure from the surroundings. For example, to isolate brain tissue from the scull and peripheral tissue.<br><br>https://www.scnsoft.com/healthcare/image-analysis<br><br>We apply **image quality improvement** methods at the preprocessing stage to reduce noise, remove artefacts, compensate spatial aliasing and enhance contrast. With improved images, health specialists can ensure the right diagnosis and subsequent treatment, as well as enable automated image analysis further.<br><br>https://www.scnsoft.com/healthcare/image-analysis<br><br>The Infringing Product generates an algorithm based on user manual annotation of objects of interest thereby training the algorithm. |

| | |
|---|---|
| store a first instance of said evolving algorithm as a product algorithm wherein said product algorithm enables the automatic classification of instances of said at least one entity within at least one second image in accordance with said judgment of said user. |  We apply **image quality improvement** methods at the preprocessing stage to reduce noise, remove artefacts, compensate spatial aliasing and enhance contrast. With improved images, health specialists can ensure the right diagnosis and <u>subsequent treatment, as well as enable automated image analysis further.</u><br><br>https://www.scnsoft.com/healthcare/image-analysis<br><br>The Infringing Product stores the evolving algorithm and runs the stored algorithm on all the data to automatically classify additional images. |