# EXHIBIT F

**Infringement of Claim 1 of U.S. Patent Number 8,687,879 by Science Soft**

| CLAIM LANGUAGE | Infringing Application |
|---|---|
| 1. A non-transitory computer program product for automating the expert quantification of image data comprising: a computer-readable medium encoded with computer readable instructions executable by one or more computer processors to quantify image sets comprising a locked evolving algorithm, wherein said locked evolving algorithm is generated by: | **Medical Image Analysis Software**<br><br>https://www.genedata.com/products/imagence/<br><br>Science soft image analysis software ("Infringing Product") is a computer program product for generating image analysis. |

Page **1** of **5**

| | |
|---|---|
| obtaining a product algorithm for analysis of a first set of image data wherein said product algorithm is configured to recognize at least one entity within said first set of image data via a training mode that utilizes iterative input to an evolving algorithm obtained from at least one first user, wherein said training mode comprises: | We apply **image quality improvement** methods at the preprocessing stage to reduce noise, remove artefacts, compensate spatial aliasing and enhance contrast. With improved images, health specialists can ensure the right diagnosis and subsequent treatment, as well as enable automated image analysis further. <br><br>https://www.scnsoft.com/healthcare/image-analysis<br><br>**Driving Clinical and Research Benefits**<br><br>We offer technological support to researchers, medical innovators and medical device manufacturers for tackling complex challenges in preventing, diagnosing and treating diseases. Enabling both manual and automated (via artificial neural networks) **analysis of 3D medical images**, you unlock the following opportunities to the benefit of providers and patients:<br><br>- Machine learning systems to facilitate early diagnostics for higher cure and survival rates;<br>- Neural networks for diagnosis validation;<br>- Research-specific algorithms to find hidden patterns and valuable insights to improve drug development as well as examination of complex conditions with adverse symptoms;<br><br>The Infringing Product generates an algorithm based on user manual annotation of objects of interest thereby training the neural network.<br><br>https://www.scnsoft.com/healthcare/image-analysis |

Page **2** of **5**

| | |
|---|---|
| presenting a first set of said at least one entity to said user for feedback as to the accuracy of said first set of identified entities;<br>obtaining said feedback from said user;<br>executing said evolving algorithm using said feedback; | We apply **image quality improvement** methods at the preprocessing stage to reduce noise, remove artefacts, compensate spatial aliasing and enhance contrast. With improved images, health specialists can ensure the right diagnosis and subsequent treatment, as well as enable automated image analysis further.<br><br>https://www.scnsoft.com/healthcare/image-analysis<br><br>**Driving Clinical and Research Benefits**<br><br>We offer technological support to researchers, medical innovators and medical device manufacturers for tackling complex challenges in preventing, diagnosing and treating diseases. Enabling both manual and automated (via artificial neural networks) **analysis of 3D medical images**, you unlock the following opportunities to the benefit of providers and patients:<br><br>- Machine learning systems to facilitate early diagnostics for higher cure and survival rates;<br>- Neural networks for diagnosis validation;<br>- Research-specific algorithms to find hidden patterns and valuable insights to improve drug development as well as examination of complex conditions with adverse symptoms;<br><br>The Infringing Product generates and executes algorithm based on user manual annotation of objects of interest thereby training the neural network.<br><br>https://www.scnsoft.com/healthcare/image-analysis |

Page **3** of **5**

| | |
|---|---|
| presenting a second set of said at least one entity to said user for feedback as to the accuracy of said second set of identified entities; obtaining approval from said user about said second set of entities; storing said evolving algorithm as a product algorithm; and storing said product algorithm for subsequent usage on said image set. |  We apply **image quality improvement** methods at the preprocessing stage to reduce noise, remove artefacts, compensate spatial aliasing and enhance contrast. With improved images, health specialists can ensure the right diagnosis and subsequent treatment, as well as enable automated image analysis further.<br><br>https://www.scnsoft.com/healthcare/image-analysis<br><br>**Driving Clinical and Research Benefits**<br><br>We offer technological support to researchers, medical innovators and medical device manufacturers for tackling complex challenges in preventing, diagnosing and treating diseases. Enabling both manual and automated (via artificial neural networks) **analysis of 3D medical images**, you unlock the following opportunities to the benefit of providers and patients:<br><br>■ Machine learning systems to facilitate early diagnostics for higher cure and survival rates;<br>■ Neural networks for diagnosis validation;<br>■ Research-specific algorithms to find hidden patterns and valuable insights to improve drug development as well as examination of complex conditions with adverse symptoms;<br><br>https://www.scnsoft.com/healthcare/image-analysis<br><br>The Infringing product utilizes the deep learning training i.e more than one set of data entity to the user for the feedback and training the algorithm. |

Page **4** of **5**

| | |
|---|---|
| |  We apply **image quality improvement** methods at the preprocessing stage to reduce noise, remove artefacts, compensate spatial aliasing and enhance contrast. With improved images, health specialists can ensure the right diagnosis and subsequent treatment, as well as enable automated image analysis further.<br><br>https://www.scnsoft.com/healthcare/image-analysis<br><br>The Infringing Product stores the evolving algorithm and runs the stored algorithm on all the data to automatically classify additional images. |

Page **5** of **5**